UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FELICIA HENNESEY,
          Plaintiff,

-vs-                                            Case No. 6:06-cv-1814-Orl-28KRS

EMPIRE CORE SUPPLY, LLC,
d/b/a Empire Auto Salvage,
CHRISTINE ENGELS,
          Defendants.

## ORDER

This case is before the Court on the Joint Motion for Approval of Proposed Settlement (Doc. No. 23) filed June 7, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 20, 2007 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Proposed Settlement (Doc. No. 23) is **GRANTED** and the settlement is **APPROVED.**

    3.    This case is **DISMISSED with prejudice**.

    4.    The Clerk is directed to close this file

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___12___ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party